# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES PHILLIP RICE,**  **PLAINTIFF**
**ADC #656403**

v.   4:20-cv-01281-LPR-JTK

**G. MUSSLEWHITE,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 6). Plaintiff Charles Rice has filed no objections. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. IT IS THEREFORE ORDERED that Mr. Rice's grievance-related allegations against Defendants are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 11th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE