**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CHARLES PHILLIP RICE                                                                              PLAINTIFF

v.                                                    4:20CV01281-LPR-JTK

G. MUSSLEWHITE, et al.                                                                        DEFENDANTS

## <u>ORDER</u>

The Parties' Joint Motion to Dismiss (Doc. No. 25) is GRANTED. Defendants Musselwhite,

Collins, and Reed are DISMISSED without prejudice.[1]

IT IS SO ORDERED this 5th day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk shall note the correct spelling of Defendant Musselwhite's name.