# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHARLES PHILLIP RICE                                                                                    PLAINTIFF

v.                                              4:20CV01281-LPR-JTK

G. MUSSELWHITE, et al.                                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections and the time to file such objections has expired. After a careful and *de novo* review of the record and the proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint is DISMISSED without prejudice.

2. Defendant's Motion to Compel (Doc. No. 26) is DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE