IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES PHILLIP RICE                                                                                          PLAINTIFF

v.                                               4:20CV01281-LPR-JTK

G. MUSSELWHITE, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE